No. 859. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN *v.* BANGOR & AROOSTOOK RAILROAD CO. ET AL.;

No. 861. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* AKRON & BARBERTON BELT RAILROAD CO. ET AL.;

No. 862. ORDER OF RAILWAY CONDUCTORS & BRAKEMEN *v.* AKRON & BARBERTON BELT RAILROAD CO. ET AL.;

No. 863. AKRON & BARBERTON BELT RAILROAD CO. ET AL. *v.* BROTHERHOOD OF RAILROAD TRAINMEN ET AL.; and

No. 933. BANGOR & AROOSTOOK RAILROAD CO. ET AL. *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

*Joseph L. Rauh, Jr., John Silard, Harriett R. Taylor, Isaac N. Groner, Harold C. Heiss, Donald W. Bennett, Alex Elson, Willard J. Lassers* and *Aaron S. Wolff* for petitioner, and *Francis M. Shea, Richard T. Conway* and *James R. Wolfe* for respondents in No. 859.

*Milton Kramer, Lester P. Schoene* and *Martin W. Fingerhut* for petitioners, and *Messrs. Shea, Conway* and *Wolfe* for respondents in No. 861.

*James D. Hill* and *Harry E. Wilmarth* for petitioner, and *Messrs. Shea, Conway* and *Wolfe* for respondents in No. 862.

*Messrs. Shea, Conway* and *Wolfe* for petitioners, and *Messrs. Kramer, Schoene* and *Fingerhut* for Brotherhood of Railroad Trainmen et al., and *Messrs. Hill* and *Wilmarth* for Order of Railway Conductors & Brakemen, respondents, in No. 863.

*Messrs. Shea, Conway* and *Wolfe* for petitioners, and *Messrs. Rauh, Silard, Groner, Heiss, Bennett, Elson, Lassers* and *Wolff, David Epstein,* and *Mrs. Taylor* for respondent in No. 933. Reported below: 128 U. S. App. D. C. 59, 385 F. 2d 581.